

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00517-CV

**IN THE INTEREST OF A.S.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02496
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED December 7, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice